UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LOERA DIMAS,<br>Petitioner,<br>v.<br>CHRISTOPHER J. LaROSE, Senior Warden,<br>Respondent. | Case No.: 26-cv-3801-RSH-MMP<br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND PETITION FOR WRIT OF HABEAS CORPUS**<br>[ECF No. 2] |

On June 29, 2026, petitioner Fransico Loera Dimas filed through counsel a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition") along with a motion to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. In his IFP Motion, Petitioner attests that he has no funds in any checking or savings account and lacks the means to pay the $5.00 filing fee. *See* ECF No. 2. Accordingly, the Court **GRANTS** Petitioner's IFP Motion.

The legal basis for the Petition is unclear, but Petitioner generally contends that he has been held in immigration custody without consideration of bond despite the fact that he is not a flight risk and has no criminal record. *Id.* at 4, 6–7.

//

On July 8, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 5 at 1–2.

Accordingly, the Petition is **GRANTED** as follows. The government is directed to hold a bond hearing for petitioner Fransico Loera Dimas within ***fourteen (14) days of the date of this order***, unless he requests a continuance. In light of this disposition, the Court denies the request made in the Petition for appointment of counsel.

**IT IS SO ORDERED**.

Dated: July 9, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge